IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: October 17, 2008
Courtroom Deputy: Valeri P. Barnes
FTR: Kathy Terasaki

_____

Civil Action No. 08-cv-00952-RPM

| | |
|---|---|
| MARY ALBROW, | Declan O'Donnell |
| Plaintiff, | |
| v. | |
| THE CITY OF PUEBLO, COLORADO; | Gordon Vaughan |
| DOUGLAS VAUGHN, and | Craig Cain |
| AGENTS AND CO-CONSPIRATORS TO BE NAMED, | |
| jointly and severally, | |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**HEARING: The City of Pueblo, Colorado's Motion to Dismiss (8)**

**1:59 p.m.** **Court in session**.

Also present: Plaintiff Mary Albrow.

Argument by Mr. O'Donnell on Defendant The City of Pueblo's Motion to Dismiss.

**ORDERED:** The City of Pueblo, Colorado's Motion to Dismiss Pursuant to Fed.R.Civ.P. 8(a)(2) and 12(b)(6) **(8)** is **granted**.

**ORDERED:** Plaintiff shall file an Amended Complaint **on or before November 17, 2008**.

**1:24 p.m.** **Court in recess/hearing concluded**.

Total in-court time: 00:25