IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00952-RPM

MARY ALBROW,

       Plaintiff,

v.

THE CITY OF PUEBLO, COLORADO;
DOUGLAS VAUGHN, and
AGENTS AND CO-CONSPIRATORS TO BE NAMED

       Defendants.

_____

ORDER FOR DISMISSAL
_____

On February 20, 2009, the defendant Douglas Vaughn filed a motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(6). The plaintiff has not filed a response to the motion. Upon examining the allegations of the complaint and the amended complaint, the Court agrees with the moving defendant that the allegations fail to show that the plaintiff has pleaded any recognizable claim for relief. Accordingly, it is

ORDERED that the motion is granted and the complaint, amended complaint and this civil action are dismissed.

DATED: March 17th, 2009

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior Judge